# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2802

_____

| | | |
|---|---|---|
| Public School Retirement System of Missouri, | * | |
| | * | |
| | * | |
| Interpleader Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| United States of America; John J. Sanderson, | * | |
| | * | |
| | * | |
| Interested Parties. | * | |
| _____ | * | |
| | * | Appeal from the United States |
| John J. Sanderson, | * | District Court for the |
| | * | Western District of Missouri. |
| Appellant, | * | |
| | * | [UNPUBLISHED] |
| v. | * | |
| | * | |
| United States of America, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: August 8, 2006
Filed: August 16, 2006

_____

Before SMITH, MAGILL, and BENTON, Circuit Judges.

_____

PER CURIAM.

John J. Sanderson appeals from the district court's[1] dismissal of his counterclaims against the United States in this interpleader action filed by the Public School Retirement System of Missouri. The government has filed a motion for sanctions to partially cover its expenses in defending this suit.

After de novo review, *see LeMay v. U.S. Postal Svc.*, 450 F.3d 797, 799 (8th Cir. 2006), we conclude the dismissal was proper for the reasons explained by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

Regarding the request for sanctions, we may award "just damages" and single or double costs if we determine that an appeal is frivolous. *See* 28 U.S.C. § 1912; Fed. R. App. P. 38. In this case, we find that Sanderson has filed a frivolous appeal raising tax-protester arguments of the kind that he unsuccessfully raised below. In these circumstances, we conclude that sanctions are appropriate. *See United States v. Gerads*, 999 F.2d 1255, 1256-57 (8th Cir. 1993) (per curiam) (when appellant brought frivolous appeal based on tax-protester argument, court granted government's motion for sanctions).

Accordingly, we award the government $3,000 in damages.

———————————————

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.